*Martin & Martin,* for the Motion.

A. F. Thomasson, as City Manager, Etc., *et al.,* Plaintiffs' in Error, v. State, *ex rel.* O. M. Nevels, single, Defendant in Error.

*Carroll R. Runyon,* for Plaintiffs in Error.
*Erle B. Askew,* for Defendant in Error.

City of Clearwater, Florida, a Municipal Corporation, Plaintiff in Error, v. Arthur R. Klemm, *et al.,* Defendants in Error.

*John C. Polhill,* for Plaintiff in Error.
*Touchton & Crittenden,* for Defendant in Error.

J. N. Brown, *et al.,* Appellants, v. Wm. Mahlon Davis, as Executor of the Estate of Annie C. Davis, deceased, Appellee.

*Hardee & Martin,* for Appellants.
*B. M. Skelton,* for Appellee.

Wm. Mahlon Davis, as Executor of the Estate of Annie C. Davis, deceased, Appellant, v. J. N. Brown, *et al.,* Appellees.

*B. M. Skelton,* for Appellant.
*Hardee & Martin* and *Wm. M. Taliferro,* for Appellee.

The Homestead Fire Insurance Company, a Corporation, Plaintiff in Error, v. Andian Corporation, a Corporation, Defendant in Error.

*Smith, Smith & Bloodworth* and *Bachelor & Dyer,* for Plaintiff in Error.

*Earnest & Lewis,* for Defendant in Error.

H. A. Coggin, Appellant, v. Florida Real Estate Commission, *ex rel.* M. M. Smith, Jr., Appellee.

*Gladstone Kohloss,* for Appellant.
*W. H. Poe* and *L. E. Broome,* for Appellee.